IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ANDRIVIA FRANCES WELLS,

    Petitioner,

vs.

                                      Case No.: 4:06-CV-137-SPM/WCS

M. RIVERA, et al.

    Respondents.

_____/


## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's "Report and Recommendation to Deny § 2241 Petition" (doc. 25). The parties were furnished a copy and afforded an opportunity to file objections. Petitioner filed objections (doc. 22) on October 25, 2007.

Pursuant to 28, U.S.C. § 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Even in light of the "Haines rule"[1], which prescribes a liberal construction of *pro se* inmate filings, Petitioner's claims lack merit. The magistrate judge carefully considered the

---

[1] Haines v. Kerner, 404 U.S. 519 (1972).

factual history available to him in making his decision, and even considering all facts in the light most favorable to Petitioner, the motion fails to state a claim for relief.  Petitioner has not shown any error in the magistrate's findings.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 25) is adopted and incorporated by reference in this order.

2. Petitioner's §2241 petition for writ of habeas corpus (doc. 1) is hereby *denied*.

**DONE AND ORDERED** this twenty-eighth day of November, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge